IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TODD CARLTON SMITH,

    Plaintiff,

v.                                                CASE NO. 4:10-cv-00235-SPM -GRJ

TAMARA FOUNTAIN,

    Defendant.

_____/

### ORDER OF DISMISSAL

Plaintiff has filed a Motion for Voluntary Dismissal of this cause, pursuant to Rule 41(a), Federal Rules of Civil Procedure. (Doc. 23). The motion is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this 17th day of November 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge